People v Mercy (2024 NY Slip Op 00088)

People v Mercy

2024 NY Slip Op 00088

Decided on January 10, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
CHERYL E. CHAMBERS
LARA J. GENOVESI
LOURDES M. VENTURA, JJ.

2021-09465
 (Ind. No. 57/21)

[*1]The People of the State of New York, respondent, 
v
Dennis J. Mercy, appellant.

Margaret M. Walker, Poughkeepsie, NY (Seth Gallagher of counsel), for appellant.
Anthony P. Parisi, District Attorney, Poughkeepsie, NY (Amie M. Johnson and Kieran Linehan of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Dutchess County (Edward T. McLoughlin, J.), rendered November 17, 2021, convicting him of burglary in the second degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal as part of his plea agreement (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248), and that the appeal waiver was not unilaterally imposed by the County Court (cf. People v Sutton, 184 AD3d 236). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Stevens, 203 AD3d 958).
DILLON, J.P., CHAMBERS, GENOVESI and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court